USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 AUG 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SORAYA VAZQUEZ,                          : 11-CV-3915
                                         :
                Plaintiff,               :
                                         :STIPULATION OF
        - against -                      :DISCONTINUANCE
                                         :WITH PREJUDICE
COHEN & SLAMOWITZ, LLP and               :
EMPIRE PORTFOLIO, INC.                   :
                                         :
                Defendants.              :
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party. *The Clerk of Court shall terminate this action.*

Dated: New York, New York
       August 19, 2011

LITTLETON, JOYCE, UGHETTA,          THE LAW OFFICES OF
PARK & KELLY LLP                    SHIMSHON WEXLER, PC

By: _____       By: _____
    Wendy B. Shepps (1207)              Shimshon Wexler
    *Attorneys for Defendants*         *Attorneys for Plaintiff*
    39 Broadway, 34th Floor             2710 Broadway, 2nd Floor
    New York, New York 10006            New York, New York 10025

SO ORDERED
_____
        25 AUG 2011
USDJ